UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rebecca A. Solarz Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
Attorneys for Legacy Mortgage Asset Trust 2021-GS1

Case No: 21-14581 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:
Derrick A. Barrett

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Legacy Mortgage Asset Trust 2021-GS1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 02/03/2022

/s/ Rebecca Solarz
Rebecca Solarz
03 Feb 2022, 12:04:13, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
FAX: (609) 385-2214
Attorney for Creditor

new 8/1/15

Document ID: f744c00f9d7cc59121c83781227759a0d0019d3eab70e0e36b90d606b8774d4c