Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2021 to 02/03/2022

**Chapter 13 Case No. 21-14581 / MBK**

Derrick A. Barrett

Petition Filed Date: 06/02/2021
341 Hearing Date: 07/08/2021
Confirmation Date: 09/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/25/2021 | $200.00 | 77647130 | 08/09/2021 | $200.00 | | 09/13/2021 | $200.00 | |
| 10/13/2021 | $200.00 | | 11/09/2021 | $200.00 | | 12/09/2021 | $200.00 | |
| 01/10/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period: $1,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Derrick A. Barrett | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,200.00 | $1,102.60 | $1,097.40 |
| 1 | New Jersey Manufacturer Insurance Co<br>»» JUDGMENT MER-L-1692-20/AVOID LIEN ORDE 9/2/21 | Unsecured Creditors | $20,265.04 | $0.00 | $20,265.04 |
| 2 | WESTLAKE SERVICES LLC<br>»» 2015 NISSAN ROGUE/CRAM | Debt Secured by Vehicle | $9,019.93 | $0.00 | $9,019.93 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CAPITAL HEALTH | Unsecured Creditors | $599.00 | $0.00 | $599.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $491.24 | $0.00 | $491.24 |
| 5 | LEGACY MORTGAGE ASSET TRUST 2021-GS1<br>»» P/416 MASSACHUSETTS AVE/1ST MTG | Mortgage Arrears | $854.00 | $0.00 | $854.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»» BOM/GENESIS | Unsecured Creditors | $36.26 | $0.00 | $36.26 |

**Chapter 13 Case No. 21-14581 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.00 | Plan Balance: | $12,053.00 ** |
| Paid to Claims: | $1,102.60 | Current Monthly Payment: | $229.00 |
| Paid to Trustee: | $114.20 | Arrearages: | $145.00 |
| Funds on Hand: | $183.20 | Total Plan Base: | $13,453.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**