UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust, et al.

In Re:

Derrick Barrett,

Debtor.

Case No.:       21-14581-MBK

Chapter:              13

Hearing Date:       8/24/2022

Judge:              Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 416 Massachusetts Avenue (Docket # 31)

_____

Date: 8/19/2022                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*