UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                                                  CASE NO.: 21-14581
                                                                                                            CHAPTER 13
Derrick A. Barrett,
  Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LEGACY MORTGAGE ASSET TRUST 2021-GS1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                          Robertson, Anschutz, Schneid, Crane &
                                          Partners, PLLC
                                          Authorized Agent for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112

                                          By: /s/Aleisha C. Jennings
                                                Aleisha C. Jennings
                                                Email: ajennings@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DERRICK A. BARRETT
416 MASSACHUSETTS AVENUE
HAMILTON, NJ 08629

And via electronic mail to:

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 NORTH OLDEN AVENUE
EWING PROSFESSIONAL PARK
SUITE 22
EWING, NJ 08618

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amanda Nelson