Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-14581 / MEH**

Derrick A. Barrett

Petition Filed Date: 06/02/2021
341 Hearing Date: 07/08/2021
Confirmation Date: 09/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $235.00 | | 02/09/2024 | $235.00 | | 03/11/2024 | $235.00 | |
| 04/09/2024 | $235.00 | | 05/10/2024 | $235.00 | | 06/10/2024 | $235.00 | |
| 07/10/2024 | $235.00 | | 08/09/2024 | $235.00 | | 09/10/2024 | $235.00 | |
| 10/09/2024 | $235.00 | | 11/12/2024 | $235.00 | | 12/09/2024 | $235.00 | |

**Total Receipts for the Period: $2,820.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Derrick A. Barrett | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,200.00 | $2,200.00 | $0.00 |
| 1 | New Jersey Manufacturer Insurance Co<br>»» JUDGMENT MER-L-1692-20/AVOID LIEN ORDE 9/2/21 | Unsecured Creditors | $20,265.04 | $0.00 | $20,265.04 |
| 2 | WESTLAKE SERVICES LLC<br>»» 2015 NISSAN ROGUE/CRAM | Debt Secured by Vehicle | $9,019.93 | $5,269.68 | $3,750.25 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CAPITAL HEALTH | Unsecured Creditors | $599.00 | $0.00 | $599.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $491.24 | $0.00 | $491.24 |
| 5 | LEGACY MORTGAGE ASSET TRUST 2021-GS1<br>»» P/416 MASSACHUSETTS AVE/1ST MTG | Mortgage Arrears | $854.00 | $498.92 | $355.08 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»» BOM/GENESIS | Unsecured Creditors | $36.26 | $0.00 | $36.26 |
| 7 | LEGACY MORTGAGE ASSET TRUST 2021-GS1<br>»» 416 MASSACHUSETTS AVE/ATTY FEES 9/6/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 21-14581 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,660.00 | Plan Balance: | $4,391.00 ** |
| Paid to Claims: | $8,506.60 | Current Monthly Payment: | $229.00 |
| Paid to Trustee: | $723.36 | Arrearages: | ($100.00) |
| Funds on Hand: | $430.04 | Total Plan Base: | $14,051.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**