Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14581−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Derrick A. Barrett
   416 Massachusetts Avenue
   Hamilton, NJ 08629

Social Security No.:
   xxx−xx−5116

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/9/25 at 09:00 AM

to consider and act upon the following:

**44** − Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Cory Francis Woerner on behalf of Legacy Mortgage Asset Trust 2021−GS1. Objection deadline is 06/13/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Woerner, Cory)

Dated: 6/11/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court