| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys for Secured Creditor | |
| In Re<br><br>**Derrick A. Barrett,**<br><br>     **Debtor.** | Case No.: 21-14581-MEH<br><br>Chapter: 13<br><br>Hearing Date: July 9, 2025<br><br>Judge: Mark Edward Hall |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ■ Withdrawn

Matter: DE# 44: Creditor of Default, Filed on May 30, 2025

Dated: June 30, 2025                    /s/ Cory F. Woerner
                                         Attorney for Secured Creditor