Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14581−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Derrick A. Barrett
416 Massachusetts Avenue
Hamilton, NJ 08629

Social Security No.:
xxx−xx−5116

Employer's Tax I.D. No.:

**NOTICE OF RESPONSE TO TRUSTEE'S
NOTICE OF DISBURSEMENTS MADE**

TO: Derrick A. Barrett
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: August 19, 2026
JAN: mrg

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 21-14581-EJO
Derrick A. Barrett | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Aug 19, 2026 | Form ID: ntcfncur | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick A. Barrett, 416 Massachusetts Avenue, Hamilton, NJ 08629-1521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 nj-ecfmail@mwc-law.com alubin@mwc-law.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Derrick A. Barrett njpalaw@gmail.com r56958@notify.bestcase.com |
| Cory Francis Woerner | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 cwoerner@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Michael J. Milstead | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkecf@milsteadlaw.com bkecf@milsteadlaw.com |

| | |
|---|---|
| Roger Fay | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 rfay@alaw.net bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 vaprile@raslg.com |

TOTAL: 9